# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC RYAN SCOTT,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-02688-JCM-NJK

**ORDER**

    Petitioner, who is in custody at the Clark County Detention Center, has submitted a petition for a writ of habeas corpus. The court dismisses this action because plaintiff did not include with his application a copy of his inmate account statement and a signed financial certificate, as required by 28 U.S.C. § 1915(a)(2).

    IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a blank form for an application to proceed <u>in forma pauperis</u> for incarcerated litigants and a blank form AO 242 for a habeas corpus petition under 28 U.S.C. § 2241.[1]

///
///
///
///
///

---

[1] The form may be found at http://www.uscourts.gov/forms/habeas-corpus-petitions.

-2-

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED: December 6, 2016.

_____
JAMES C. MAHAN
United States District Judge